William L. Schmidt, SBN 206870
Email: legal.schmidt@gmail.com
Jeffrey W. Eisinger, SBN 109299
Email: legal.schmidt.jeff@gmail.com
**WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.**
P.O. Box 25001
Fresno, CA 93729
Tel: 559.261.2222
Facsimile: 559.436.8163

Eric H. Schweitzer, SBN 179776
Email: lawyerericisin@yahoo.com
Annie Davidian, SBN 252644
Email: annied7@hotmail.com
620 DeWitt Ave., #102
Clovis, CA 93612
(559) 322-1500

Attorneys for Plaintiff PHENG YANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHENG YANG<br><br>Plaintiffs,<br><br>v.<br><br>TULARE COUNTY SHERIFF MIKE BOUDREAUX. ET AL.,<br><br>Defendants. | No. 1:21-cv-00148-NONE-BAM<br><br>**CONSENT ORDER GRANTING WITHDRAWAL OF ATTORNEY**<br><br>Hon. Magistrate Barbara McAuliffe |

NOTICE IS HEREBY GIVEN that, subject to the approval of the Court, Plaintiff PHENG YANG approves the withdrawal of attorneys William L. Schmidt

1

and Jeffrey W. Eisinger as two of the attorneys of record in this case.

The Plaintiff shall continue to be represented by attorneys Eric H. Schweitzer and Annie Davidian.

WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.

Date: May 26, 2021　　　　　　　　/s/William L. Schmidt

　　　　　　　　　　　　　　　　　William L. Schmidt, Attorney at Law

Date: May 26, 2021　　　　　　　　/s/Jeffrey W. Eisinger

　　　　　　　　　　　　　　　　　Jeffrey W. Eisinger, Attorney at Law

I consent to the withdrawal of attorneys William L. Schmidt and Jeffrey W. Eisinger.

Date: June 24, 2021　　　　　　　　/s/Pheng Yang

　　　　　　　　　　　　　　　　　PHENG YANG, Plaintiff

We consent to the withdrawal of attorneys William L. Schmidt and Jeffrey W. Eisinger.

Date: June 23, 2021　　　　　　　　/s/Eric H. Schweitzer

　　　　　　　　　　　　　　　　　Eric H. Schweitzer, Attorney for Plaintiff

## **ORDER**

Having considered Plaintiff's notice and consent, attorneys William L. Schmidt and Jeffrey W. Eisinger are hereby withdrawn as Plaintiff's attorneys of record in this case. Plaintiff shall continue to be represented by attorneys Eric H. Schweitzer and Annie Davidian.

IT IS SO ORDERED.

Dated: **June 28, 2021**            /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE