Schweitzer & Davidian, PC
Eric H. Schweitzer, SBN 179776
Email: lawyerericisin@yahoo.com
620 DeWitt Avenue, Suite #102
Clovis, California 93612
Tel: 559-322-1500
Fax: 559-322-1551

ATTORNEYS FOR PLAINTIFF: PHENG YANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

\* \* \* \* \* \* \* \*

| | |
|---|---|
| PHENG YANG,<br><br>               Plaintiff,<br><br>   v.<br><br>TULARE COUNTY SHERIFF MIKE BOUDREAUX, ET.AL.,<br><br>               Defendants. | Case Number: 1:21-CV-00148-NONE-BAM<br><br>**NOTICE OF NON-FILING AMENDED COMPLAINT**<br><br>**U.S. Magistrate Judge Barbara A. McAuliffe** |

TO THE HONORABLE JUDGE OF THE ABOVE CAPTIONED COURT, TO OPPOSING COUNSEL AND PARTIES:

By and through Counsel, Plaintiff hereby gives notice that he does not intend to file an Amended Complaint. This writer respectfully requests that this case be terminated as Plaintiff will not be filing an Amended Complaint.

Dated: Dated: October 12, 2021.                    Respectfully submitted,


                                                                       /s/ Eric H. Schweitzer
                                                                  Eric H. Schweitzer,
                                                                  Attorney for Plaintiff.